Rawle to this country; but in default of which the motion is granted, with costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

William T. Shedd, Individually and as Trustee, etc., and Others, Plaintiffs, v. the Town of Cortlandt and Orsamus B. Lent, Defendants.— Motion granted. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Abraham Teller, Appellant, v. Herman Schulz and Frances Schulz, Respondents.— Motion granted, without costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Thompson-Bonney Company, Respondent, v. I. S. Van Loan Company, Appellant.— Motion denied on condition that the defendant pay ten dollars costs and forthwith perfect the appeal and file the return in this court. Otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Minnie Adlin, as Administratrix, etc., of Elimelich Adlin, Deceased, Respondent, v. The Excelsior Brick Company of Haverstraw and Others, Impleaded with John W. Gillies and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Helene Ahrensbeumer, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker and Rich, JJ., concurred.

American Dock and Trust Company, Respondent, v. Tweedie Trading Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Nicholas Basso, Respondent, v. D. Allen's Sons Rope Company, Appellant.— Order affirmed, with ten dollars' costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

George S. Billings, as Receiver, etc., of the Hudson River Stone Supply Company, Respondent, v. James G. Shaw and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Francis Boulland, an Infant, by Rose Muller, His Guardian ad Litem, Respondent, v. Jacob Ruppert, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Gaynor and Rich, JJ.

Robert H. Bowly, Appellant, v. Nellie L. Beirne and Agnes Beirne, as Administratrices, etc., of Edward C. Beirne, Deceased, Respondents, Impleaded with Georgi Sayer, as Administratrix, etc., of James E. Sayer, Deceased.— Judgment and order of the County Court of Orange county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

The City of New York, Respondent, v. Justus I. Wakelee and Annie B. Sedgwick, Doing Business under the Firm Name of "Sedgwick Machine Works," Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor and Rich, JJ., concurred.

Bernadette M. Coleman, as Administratrix, etc., of Thomas M. Coleman, Deceased, Appellant, v. Benjamin J. Hall and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.